Abraham C. Bates (12440)
**LAW OFFICES OF ABRAHAM C. BATES**
Cottonwood Corporate Center
2825 East Cottonwood Parkway, Suite 500
Salt Lake City, Utah 84121-7055
Telephone:  (801) 990-3425
Facsimile:  (801) 931-2512
ecf@slclawfirm.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JEREMY JOYNER, an individual; and TARA JOYNER, an individual,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**CITICORP TRUST BANK, FSB, a federal savings bank; CITIMORTGAGE, INC., a New York corporation; VERICREST FINANCIAL, INC. f/k/a The CIT Group, Inc., a Delaware corporation; U.S. BANK NATIONAL ASSOCIATION, as Trustee for LSF7 NPL VII NPL Bermuda Trust, a national association, and DOES 1-5,**<br><br>    **Defendants.** | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**Case No.:  2:12-cv-00298 CW-EJF**<br><br>**Honorable Clark Waddoups** |

THE COURT, upon Motion by Abraham C. Bates and for good cause appearing, HEREBY GRANTS counsel's Motion to Withdraw pursuant to DuCivR 83-1.4(a).  This litigation is stayed for twenty-one (21) days.

2

A Substitution of Counsel or Notice of Appearance by Plaintiffs must be filed no later than _____ _____, 20___.  Failure to file either a Substitution of Counsel or a Notice of Appearance may be subject to Plaintiffs being sanctioned pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

IT IS SO ORDERED.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge